IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DIRECT TO CONSUMERINTERACTIVE, INC., )<br>D/B/A/ E-RESEARCHGROUP.COM, and )<br>DOMAINS4U )<br>)<br>Defendants. ) | Case No. 06-5027 |

### ORDER

Comes now before the Court on this _21st_ day of June, 2006, the Plaintiff's Motion to Dismiss and after considering all relevant facts and law, it is hereby:

ORDERED that the Plaintiff's Motion to Dismiss is hereby granted; and

FURTHER ORDERED that this action be dismissed without prejudice as this case has been resolved without the need to prosecute this action.

IT IS SO ORDERED AND ADJUDGED.

_____
Honorable Judge Robert T. Dawson
United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 1 2006

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK